```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Charles Rosen,

                Plaintiff,                              08 Civ. 1260 (PAC)(GWG)

        -against-                                       ORDER OF REFERENCE TO A MAGISTRATE JUDGE

Gloria Wise Boys & Girls Club., et al.,

                Defendants.
------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 11 2008

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

_____ Specific Non-Dispositive Motion/Dispute:* _____

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

_____ Habeas Corpus

_____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

==========================================================================

* Do not check if already referred for general pretrial

SO ORDERED

_____
Paul A. Crotty
United States District Judge

DATED:  New York, New York
        February 11, 2008

Copy Mailed By Chambers To:

Charles Rosen
38B Adler Pl.
Bronx, NY 10475