UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARLES ROSEN,                          :

                                                                          :

               Plaintiff,            :

                                                                           :      <u>PRETRIAL ORDER</u>

      -v.-

                                                                           :      08 Civ. 1260 (PAC) (GWG)

                                                                           :

GLORIA WISE BOYS AND GIRLS CLUB et al.,
               Defendants.              :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

       After consultation with the parties, the following scheduling order is adopted by the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1.     The answer is to be filed by August 15, 2008.

2.     All requests for documents and interrogatories pursuant to Local Civil Rule 33.3(a) shall be served by August 30, 2008.

3.     No discovery shall take place after October 30, 2008.

4.     The parties shall inform each other in writing by October 30, 2008 whether either intends to file a dispositive motion.

5.     Any dispositive pretrial motions shall be filed by November 30, 2008.

6.     If no party states its intention to file a dispositive pre-trial motion, plaintiff(s) will supply pretrial order materials to defendant(s) in accordance with the requirements of the rules of the assigned District Judge on or before November 30, 2008. The pre-trial order shall be filed within 15 days thereafter. If, however, a dispositive motion is served on or before the date in the previous paragraph, the due date of the plaintiff's portion of the pretrial order materials shall be extended to 30 days following decision on the dispositive motion and the pretrial order shall be filed within 15 days thereafter.

7.     All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein

must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

8.  All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judge_info.php?id=67 . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: New York, New York
       July 28, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies to:

Charles Rosen
38B Adler Place
Bronx, NY 10475

Craig Akira Tamamoto
Kelley Drye & Warren, LLP (NY)
101 Park Avenue
New York, NY 10178