UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARLES ROSEN,                                          :

                                                                    :
                     Plaintiff,

                                                                    :       <u>PRETRIAL ORDER</u>
     -v.-

                                                                    :       08 Civ. 1260 (PAC) (GWG)

                                                                    :
GLORIA WISE BOYS AND GIRLS CLUB et al.,
                Defendants.                :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      For the reasons stated today on the record, the motion to set aside the entry of default (Docket # 9) is granted.


      SO ORDERED.

      Dated: New York, New York
             July 28, 2008

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge


Copies to:

Charles Rosen
38B Adler Place
Bronx, NY 10475

Craig Akira Tamamoto
Kelley Drye & Warren, LLP (NY)
101 Park Avenue
New York, NY 10178